**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 10-222** |
| **BRIAN TURNER** | **SECTION I** |

## CERTIFICATE  OF  APPEALABILITY

The Court, after considering the record and the requirements of 28 U.S.C. § 2253 and

Fed. R. App. P. 22(b), hereby orders that,

_____     a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

____X____     a certificate of appealability shall not be issued for the following reason(s):

For the reasons expressed in this Court's September 30, 2013 Order and Reasons, the petitioner has failed to make a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, October 17, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE